## LIBERTY PLUMBING SUPPLY COMPANY *v.* PAUL S. YONEY, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 16461) is denied.

*Edward F. Kunin,* in support of the petition.

Decided January 16, 1997

## WILLIAM J. WARREN *v.* COMMISSIONER OF MENTAL HEALTH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 592 (AC 14140), is denied.

*John R. Williams,* in support of the petition.

*Patricia A. Gerner,* assistant attorney general, and *John A. East III,* deputy assistant state's attorney, in opposition.

Decided January 16, 1997

## ARKIN-MEDO, INC. *v.* COMMISSIONER OF REVENUE SERVICES

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 598 (AC 15119), is denied.

*Rachel O. Davis,* assistant attorney general, in support of the petition.

*Michael L. Coyle* and *Lawrence H. Lissitzyn,* in opposition.

Decided January 16, 1997